# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4058

_____

James E. Thompson, Sr.,         *
                                                  *
            Appellant,        *
                                                  *

         v.                       *   Appeal from the United States
                                                  *   District Court for the
Tri-State Insurance of Minnesota;   *   District of South Dakota.
Dakota Redi-Mix; Berkley          *
Administrators; Jerry Rachetto,    *   [UNPUBLISHED]
                                                  *
           Appellees.        *

_____

Submitted: October 12, 2007
Filed: October 18, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

James E. Thompson, Sr., appeals the district court's[1] dismissal of his civil action without prejudice for lack of subject matter jurisdiction. Upon careful review of the record, we conclude that Thompson established neither diversity jurisdiction nor federal-question jurisdiction. See 28 U.S.C. §§ 1331, 1332(a)(1); 4:20 Communication, Inc. v. Paradigm Co., 336 F.3d 775, 779 (8th Cir. 2003) (party

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

invoking federal jurisdiction has burden to establish jurisdictional requirements). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Thompson's pending motion.

_____